**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NED COMER, ET AL.** | ) | **Case No: 1:11-cv-220-LG-RHW** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MURPHY OIL USA, INC., ET AL.,** | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| _____ | ) | |

**CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED**
**COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

Moving Defendants[1] hereby move to dismiss with prejudice Plaintiffs' "Amended Class

Action Complaint" [Dkt. # 28] pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of

Civil Procedure.  For the reasons set forth in the accompanying Memorandum Brief in Support

of this Motion, Plaintiffs' claims should be dismissed on multiple alternative grounds:

   (1) Plaintiffs' action must be dismissed under the doctrines of res judicata and collateral

_____

[1] The Moving Defendants are: Murphy Oil USA Inc.; Shell Oil Company; Chevron U.S.A. Inc.; ExxonMobil Corporation; BP Amoco Chemical Company; BP America Production Company; BP Energy Company; BP Products North America Inc.; Placid Oil Company; Kerr-McGee Oil & Gas Corporation; ConocoPhillips Company; Atlantic Richfield Company; Pioneer Natural Resources USA, Inc.; Occidental Crude Sales, Inc. (now known as "Occidental Energy Marketing, Inc."); Occidental Energy Marketing, Inc.; Hess Corporation; Anadarko Petroleum Corporation; Apache Corporation; Burlington Resources Offshore Inc.; AEP Generating Co.; Columbus Southern Power Co.; Ohio Power Co.; Southwestern Electric Power Co.; AEP Texas Central Co.; AEP Texas North Co.; Appalachian Power Co.; Indiana Michigan Power Co.; Kentucky Power Co.; Public Service Co. of Oklahoma; Alabama Power Company; Georgia Power Company; Gulf Power Company; Southern Power Company; Tennessee Valley Authority; Xcel Energy Inc.; Northern States Power Company (Minnesota); North States Power Company (Wisconsin); Public Service Company of Colorado; Southwestern Public Service Co.; Cinergy Corp.; Duke Energy Corporation; Southern California Edison Company; Edison Mission Energy; Edison Mission Energy Petroleum; Edison Mission Energy Services, Inc.; LG&E Energy Inc.; Kentucky Utilities Company; Western Kentucky Energy Corp.; Carolina Power & Light Co.; Florida Power Co.; Ameren Energy Generating Company; Union Electric Company; Ameren Illinois Company (incorrectly named as "Illinois Power Company" and "Central Illinois Light Company"); Entergy Corp.; Virginia Electric and Power Company; Dominion Energy Inc.; NextEra Energy, Inc.; Florida Power & Light Co.; The AES Corporation; E.I. DuPont de Nemours & Co.; Honeywell International, Inc.; and The Dow Chemical Co., Inc.

estoppel, in light of this Court's August 2007 Judgment dismissing, with prejudice, a materially identical suit. *See* Memorandum Brief at 15-31.

(2) The Court lacks subject matter jurisdiction over Plaintiffs' claims inasmuch as Plaintiffs lack standing under Article III of the U.S. Constitution. *See* Memorandum Brief at 31-39.

(3) The Court lacks subject matter jurisdiction over Plaintiffs' claims inasmuch as adjudication of Plaintiffs' claims would present nonjusticiable political questions. *See* Memorandum Brief at 39-45.

(4) Plaintiffs' claims are barred, as a matter of law, by the statute of limitations. *See* Memorandum Brief at 45-50.

(5) Plaintiffs' claims fail on the further ground that, as matter of law, Plaintiffs cannot establish the requisite proximate causation. *See* Memorandum Brief at 50-57.

(6) Plaintiffs' claims must be dismissed because, as a matter of law, Plaintiffs' claims are unavailable under federal or state common law on the following grounds:

(a) Plaintiffs' claims for relief on behalf of private parties have no basis in federal common law and, even if they did, any federal common law claim has been displaced. *See* Memorandum Brief at 57-63.

(b) Plaintiffs' state common law claims are preempted by federal law. *See* Memorandum Brief at 63-71.

For these reasons, as set forth more fully in the Memorandum Brief, Moving Defendants respectfully move that Plaintiffs' Amended Complaint be dismissed with prejudice.

This Motion is supported by the accompanying Memorandum Brief, and the Exhibits attached to this Motion, including the Declaration of W. Lee Watt.

Dated:   October 14, 2011

Respectfully submitted,

s/ W. Lee Watt
W. Lee Watt, MS Bar # 6998
Bennett Lotterhos Sulser & Wilson, P.A.
190 East Capitol Street, Suite 650 (39201)
Post Office Box 98
Jackson, MS  39205
Telephone:  (601) 944-0466
Fax:  (601) 944-0467
lwatt@blswlaw.com

Peter D. Keisler (admitted pro hac vice)
David T. Buente (admitted pro hac vice)
Quin M. Sorenson (admitted pro hac vice)
Sidley Austin, LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8027
Fax:  (202) 736-8711
pkeisler@sidley.com
dbuente@sidley.com
qsorenson@sidley.com

**Counsel for Duke Energy Corporation and
Cinergy Corp.**
(*signing with permission on behalf of counsel for
all Moving Defendants*)

s/ Tracie J. Renfroe, with permission
Robert E. Meadows (admitted pro hac vice)
Tracie J. Renfroe (admitted pro hac vice)
Jonathan L. Marsh (admitted pro hac vice)
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, TX  77002-5213
Telephone:  (713) 751-3200
Fax:  (713) 751-3290
rmeadows@kslaw.com
trenfroe@kslaw.com
jlmarsh@kslaw.com

s/ Norman Gene Hortman, with permission
Norman Gene Hortman, MS Bar # 2664
Hortman Harlow Bassi Robinson & McDaniel
P.O. Drawer 1409
Laurel, MS 39441-1409
Telephone:  (601) 649-8611
Fax:  (601) 649-6062
ghortman@hortmanharlow.com

**Counsel for Chevron U.S.A. Inc.; Kerr-McGee Oil
& Gas Corp.; and Anadarko Petroleum Corp.**

s/ Daniel P. Collins, with permission
Daniel P. Collins (admitted pro hac vice)
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-9125
Fax:  (213) 683-5125
Daniel.Collins@mto.com

s/ Mary S. Johnson, with permission
Mary S. Johnson (admitted pro hac vice)
Johnson Gray McNamara, LLC
21357 Marion Lane, Suite 300
Mandeville, LA 70471
Telephone:  (985) 246-6544
Fax:  (985) 246-6549
msj@jgmclaw.com

s/ Norman Gene Hortman, with permission
Norman Gene Hortman, MS Bar # 2664
Hortman Harlow Bassi Robinson & McDaniel
414 West Oak St.
P.O. Drawer 1409
Laurel, MS  39441
Telephone:  (601) 649-8611
Fax:  (601) 649-6979
ghortman@hortmanharlow.com

**Counsel for Shell Oil Company**

s/ Daniel P. Collins, with permission
Daniel P. Collins (admitted pro hac vice)
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-9125
Fax:  (213) 683-5125
Daniel.Collins@mto.com

s / Norman Gene Hortman, with permission
Norman Gene Hortman, MS Bar # 2664
Hortman Harlow Bassi Robinson & McDaniel
414 West Oak St.
P.O. Drawer 1409
Laurel, MS  39441
Telephone:  (601) 649-8611
Fax:  (601) 649-6979
ghortman@hortmanharlow.com

**Counsel for Occidental Crude Sales, Inc.;
Occidental Energy Marketing, Inc.; and Placid
Oil Company**

s/ Ronald G. Peresich, with permission
Ronald G. Peresich, MS Bar # 4113
Michael Edward Whitehead, MS Bar # 8891
Page, Mannino, Peresich & McDermott, PLLC
759 Vieux Marche Mall
Biloxi, MS  39530
Telephone:  (228) 374-2100
Fax:  (228) 374-3838
Ron.Peresich@pmp.org
Michael.Whitehead@pmp.org

Timothy S. Bishop (admitted pro hac vice)
Richard F. Bulger (admitted pro hac vice)
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
Telephone:  (312) 782-0600
Fax:  (312) 701-7711
tbishop@mayerbrown.com
rbulger@mayerbrown.com

Charles S. Kelley (admitted pro hac vice)
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX  77002
Telephone:  (713) 238-3000
Fax:  (713) 238-4634
ckelley@mayerbrown.com

**Counsel for The Dow Chemical Co.**

s/ Richard P. Salloum, with permission
Richard P. Salloum
Franke & Salloum, PLLC
P.O. Drawer 460
Gulfport, MS  39502
Telephone:  (228) 868-7070
Fax:  (228) 868-7090
rps@frslaw.com

Kerry J. Miller (admitted pro hac vice)
Paul C. Thibodeaux (No. 29446)
Benjamin M. Castoriano (No. 31093)
Robert D. Reine (No. 28978)
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:  (504) 599-8000
Fax:  (504) 599-8100
kmiller@frilot.com

**Counsel for Murphy Oil USA, Inc.**

s/ John G. Corlew, with permission
John G. Corlew, MS Bar # 6526
Kathy K. Smith MS Bar  # 10350
Corlew Munford & Smith PLLC
P.O. Box 16807
Jackson, MS  39236
Telephone:  (601) 366-1106
Fax:  (601) 366-1052
jcorlew@cmslawyers.com
ksmith@cmslawyers.com

Thomas E. Fennell (admitted pro hac vice)
Michael L. Rice (admitted pro hac vice)
Jones Day
2727 N. Harwood St.
Dallas, TX  75201
Telephone:  (214) 220-3939
Fax:  (214) 969-5100
tefennell@jonesday.com
mlrice@jonesday.com

Kevin Holewinski (admitted pro hac vice)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C.  20001
Telephone:  (202) 879-3939
Fax:  (202) 626-1700
kpholewinski@jonesday.com

**Counsel for Xcel Energy Inc.; Public Service Company of Colorado; Northern States Power Company (Minnesota); Northern States Power Company (Wisconsin); and Southwestern Public Service Company**

s/ Kenneth W. Barton, with permission
Kenneth W. Barton, MS Bar # 2093
Benjamin M. Watson
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
Telephone:  (601) 985-4515
Fax:  (601) 985-4500
ken.barton@butlersnow.com
ben.watson@butlersnow.com

**Counsel for ConocoPhillips Company and Burlington Resources Offshore Inc.**

s/ Sherrie L. Moore, with permission
Sherrie L. Moore MSB #10723
Webb Sanders & Williams
1213 31st Avenue
Gulfport, MS  39502-0310
Telephone:  (662) 822-2137
Fax:  (662) 822-2139
smoore@webbsanders.com

James P. Gaughan (admitted pro hac vice)
Schiff Hardin LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone:  (312) 258-5616
Fax:  (312) 258-5600
jgaughan@schiffhardin.com

***Counsel for Ameren Energy Generating
Company; Union Electric Company; and
Ameren Illinois Company (incorrectly sued as
Illinois Power Company and Central Illinois
Light Company)***

s/ Lawrence E. Abbott, with permission
Lawrence E. Abbott (admitted pro hac vice)
Charles H. Abbott
Cotten Schmidt & Abbott, L.L.P.
650 Poydras Street, Suite 2810
New Orleans, LA  70130
Telephone:  (504) 568-9393
Fax:  (504) 524-1933
labbott@csa-lawfirm.com

***Counsel for E.I. du Pont de Nemours & Co.***

s/ Maria V. Gillen, with permission
Harriet A. Cooper
Maria V. Gillen
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN  37902-1401
Telephone:  (865) 632-7741
Fax:  (865) 632-6439
mvgillen@tva.gov

***Counsel for Tennessee Valley Authority***

s/ Tim Gray, with permission
Tim Gray, MS Bar # 10192
Forman, Perry, Watkins, Krutz & Tardy LLP
1515 Poydras Street, Suite 1300
New Orleans, LA  70112
Telephone:  (504) 799-4383
Fax:  (504) 799-4384
tgray@fpwk.com

Jonathan D. Hacker (to be admitted pro hac vice)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 383-5300
Fax:  (202) 383-5414
jhacker@omm.com

***Counsel for ExxonMobil Corporation***

s/ John Gwin Wheeler, with permission
John Gwin Wheeler
Mitchell, McNutt & Sams, P.A.
105 S. Front Street
Tupelo, MS  38804
Telephone:  (662) 842-3871
Fax:  (662) 842-8450
Jwheeler@mitchellmcnutt.com

Philip H. Curtis (admitted pro hac vice)
Michael B. Gerrard (to be admitted pro hac vice)
Nancy G. Milburn (admitted pro hac vice)
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 715-1000
Fax:  (212) 715-1399
nancy.milburn@aporter.com

Matthew Heartney (admitted pro hac vice)
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA  90017
Telephone:  (213) 243-4150
Fax:  (213) 243-4199
mheartney@aporter.com

***Counsel for BP Energy Company; BP Amoco
Chemical Company; BP Products North
America, Inc.; BP America Production
Company; and Atlantic Richfield Company***

s/ Ben H. Stone, with permission
Ben H. Stone, MSB # 7934
Jonathan P. Dyal, MSB # 99146
Michael Freeman (admitted pro hac vice)
Ed Hayden (admitted pro hac vice)
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS  39501
Telephone:  (228) 684-9900
Fax:  (228) 864-8221
bstone@balch.com
jdyal@balch.com
mfreeman@balch.com
ehaden@balch.com

***Counsel for AEP Generating Co.; Columbus Southern Power Co.; Ohio Power Co.; Southwestern Electric Power Co.; AEP Texas Central Co.; AEP Texas North Co.; Appalachian Power Co.; Indiana Michigan Power Co.; Kentucky Power Co.; Public Service Co. of Oklahoma; Carolina Power & Light Co.; Florida Power Corp.; NextEra Energy, Inc.; and Florida Power & Light Co.***

s/ J. Stephen Kennedy, with permission
J. Stephen Kennedy, MS Bar # 100040
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Post Office Box 14167
Jackson, MS  39236-4167
Telephone:  (601) 351-2400
Fax:  (601) 351-2424
skennedy@bakerdonelson.com

Joseph K. Reid, III (admitted pro hac vice)
Steven R. Williams (admitted pro hac vice)
R. Trent Taylor (admitted pro hac vice)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Telephone:  (804) 775-1000
Fax:  (804) 775-1061
jreid@mcguirewoods.com
srwilliams@mcguirewoods.com
rtaylor@mcguirewoods.com

***Counsel for Virginia Electric and Power Company and Dominion Energy, Inc.***

s/ Ben H. Stone, with permission
Ben H. Stone, MSB # 7934
Jonathan P. Dyal, MSB # 99146
Michael Freeman (admitted pro hac vice)
Ed Hayden (admitted pro hac vice)
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS  39501
Telephone:  (228) 684-9900
Fax:  (228) 864-8221
bstone@balch.com
jdyal@balch.com
mfreeman@balch.com
ehaden@balch.com

F. William Brownell (admitted pro hac vice)
Norman W. Fichthorn (admitted pro hac vice)
Shawn Patrick Regan (admitted pro hac vice)
Allison D. Wood (admitted pro hac vice)
Hunton & Williams LLP
2200 Pennsylvania Ave., N.W.
Washington, D.C.  20037
Telephone:  (202) 955-1500
Fax:  (202) 778-2201
bbrownell@hunton.com
nfichthorn@hunton.com
sregan@hunton.com
awood@hunton.com

***Counsel for Alabama Power Company; Georgia Power Company; Gulf Power Company; Southern Power Company; Edison Mission Energy Services, Inc.; Edison Mission Energy Petroleum; Southern California Edison Company; Edison Mission Energy; Kentucky Utilities Company; LG&E Energy, Inc.; and Western Kentucky Energy Corp.***

s/ William C. Brabec, with permission
William C. Brabec, MS Bar # 4240
Jefferson D. Stewart, MS Bar # 7902
Lindsey N. Oswalt, MS Bar # 103329
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS  39157
Telephone:  (601) 292-0703
Fax:  (601) 944-6071
bill.brabec@arlaw.com
jay.stewart@arlaw.com
lindsey.oswalt@arlaw.com

***Counsel for Hess Corporation***

s/ J. Wyatt Hazard, with permission
J. Wyatt Hazard
Michael R. Kelly
Daniel Coker Horton & Bell
4400 Old Canton Road, Suite 400
Jackson, MS  39215-1084
Telephone:  (601) 914-5234
Fax:  (601) 969-1116
whazard@danielcoker.com
mkelly@danielcoker.com

Barrett H. Reasoner (admitted pro hac vice)
Gibbs & Bruns LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Telephone:  (713) 751-5244
Fax:  (713) 750-0903
BReasoner@Gibbs-Bruns.com

Ronald Specter (admitted pro hac vice)
Specter & Willoughby, LLP
4685 MacArthur Court, Suite 422
Newport Beach, CA  92660
Telephone:  (949) 833-9400
Fax:  (949) 833-9425
rspecter@specterlaw.com

*Counsel for Pioneer Natural Resources USA, Inc*

s/ Charles E. Ross, with permission
Charles E. Ross (MSB # 5683)
Michael B. Wallace (MSB # 6904)
James E. Graves, III (MSB # 102252)
Wise Carter Child & Caraway
Professional Association
600 Heritage Building
401 East Capitol Street
Post Office Box 651
Jackson, MS  39205
Telephone:  (601) 968-5500
Facsimile:  (601) 968-5593
cer@wisecarter.com
mbw@wisecarter.com
jeg@wisecarter.com

s/ James W. Snider, Jr., with permission
James W. Snider, Jr. (MSB # 7671)
308 East Pearl Street, Suite 700
Jackson, Mississippi 39208
Telephone:  (601) 969-2326
jsnider@entergy.com

*Counsel for Entergy Corp.*

s/ Richard P. Salloum, with permission
Richard P. Salloum
Franke & Salloum, PLLC
P.O. Drawer 460
Gulfport, MS  39502
Telephone: (228) 868-7070
Fax: (228) 868-7090
rps@frslaw.com

Michael R. Phillips (admitted pro hac vice)
Brittany L. Buckley (admitted pro hac vice)
Louis M. Grossman (admitted pro hac vice)
Kean Miller LLP
909 Poydras Street, Suite 1400
New Orleans, LA  70112
Telephone: (504) 620-3347
Fax:  (225) 215-4047
mike.phillips@keanmiller.com
louis.grossman@keanmiller.com

*Counsel for Honeywell International, Inc.*

s/ Taylor B. McNeel, with permission
Taylor B. McNeel
Brunini, Grantham, Grower & Hewes, PLLC
727 Howard Avenue, Suite 401 (39530)
Post Office Box 127
Biloxi, MS  39533-0127
Telephone: (228) 435-1198
Fax: (228) 435-0639
tmcneel@brunini.com

Watts C. Ueltschey
Brunini, Grantham, Grower & Hewes, PLLC
248 East Capitol Street, 1400 TNB (39201)
P.O. Drawer 119
Jackson, MS  39205-0119
Telephone: (601) 948-3101
Fax: (601) 960-6902
wueltschley@brunini.com

Christoper W. Barnes (admitted pro hac vice)
Andrew S. Friedberg (admitted pro hac vice)
Apache Corporation
2000 Post Oak Boulevard, Suite 100
Houston, TX  77056-4400
Telephone: (713) 296-6000
Fax: (713) 296-6481
Chris.Barnes@apachecorp.com
Andrew.Friedberg@apachecorp.com

*Counsel for Apache Corporation*

<u>s/ Thomas L. Carpenter, Jr., with permission</u>
Thomas L. Carpenter, Jr. (SBN 9808)
Carr Allison
14231 Seaway Road
Building 2000, Suite 2001
Gulfport, MS  39503
Telephone:  (228) 864-1060
Fax:  (228) 864-9160
tcarpenter@carrallison.com

Rick Richmond (to be admitted pro hac vice)
Kenneth K. Lee (to be admitted pro hac vice)
Kelly M. Morrison (to be admitted pro hac vice)
Jenner & Block LLP
633 West 5th Street, Suite 3500
Los Angeles, CA  90071
Telephone:  (213) 239-5100
Fax:  (213) 239-5161
rrichmond@jenner.com
klee@jenner.com
kmorrison@jenner.com

**Counsel for The AES Corporation**

## <u>CERTIFICATE OF SERVICE</u>

I, W. Lee Watt, hereby certify that a copy of "Certain Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)" has been served by electronic filing through the ECF System which provides electronic notice to all counsel of record.

Dated, this the 14th day of October, 2011.

COUNSEL FOR DUKE ENERGY
CORPORATION AND CINERGY CORP.

*/s/ W. Lee Watt*
W. LEE WATT

Of Counsel:
W. Lee Watt, (MS Bar #6998)
BENNETT LOTTERHOS SUSLER & WILSON, P. A.
The Pinnacle at Jackson Place, Suite 650
Post Office Box 98
Jackson, Mississippi 39205-0098
Telephone: (601) 944-0466
Telefax: (601) 944-0467
lwatt@blswlaw.com