UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| NED COMER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:11CV220 LG-RHW |
| v. | ) | |
| | ) | |
| MURPHY OIL, U.S.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF COAL COMPANY DEFENDANTS TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM**

Defendants Alpha Natural Resources, Inc.; Arch Coal, Inc.; CONSOL Energy Inc.;

International Coal Group, Inc.; Massey Energy Company[1]; The North American Coal

Corporation; Ohio Valley Coal Company; Peabody Energy Corporation; Rio Tinto Energy

America, Inc.; and Westmoreland Coal Company ("Coal Companies") hereby move to dismiss

with prejudice plaintiffs' Amended Class Action Complaint ("Complaint") pursuant to Rules

12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  For the reasons set forth in the

accompanying Memorandum of Authorities and exhibits, the Court lacks subject matter

jurisdiction over plaintiffs' claims.  This case is barred by the doctrines of res judicata and

collateral estoppel and improperly calls for the adjudication of a political question.  Moreover,

plaintiffs lack standing under Article III of the U.S. Constitution, and plaintiffs' claims are

preempted by federal law because they conflict with the regulatory approach taken by Congress.

Plaintiffs' claims should also be dismissed because they are barred by the applicable statutes of

limitations, and because plaintiffs have failed to state a claim for relief as a matter of law.

---

[1] Massey Energy Company is now known as Alpha Appalachia Holdings, Inc.

For these reasons, the Coal Companies respectfully request that plaintiffs' Complaint be dismissed with prejudice as to them.

Dated:  October 14, 2011                    Respectfully submitted,

                                            s/ Kathleen Taylor Sooy

                                            Robert D. Gholson (MSB No. 4811)
                                            GHOLSON BURSON ENTREKIN &
                                            ORR, P.A.
                                            535 North 5th Avenue (39440)
                                            P.O. Box 1289
                                            Laurel, Mississippi 39441-1289
                                            Telephone:  (601) 649-4440
                                            Facsimile:  (601) 649-4441
                                            gholson@gbeolaw.com

                                            OF COUNSEL:

                                            Kathleen Taylor Sooy
                                            Scott L. Winkelman
                                            Tracy A. Roman
                                            CROWELL & MORING LLP
                                            1001 Pennsylvania Ave., N.W.
                                            Washington, DC  20004-2595
                                            Telephone:  (202) 624-2500
                                            Facsimile:  (202) 628-5116

                                            ATTORNEYS FOR ALPHA NATURAL
                                            RESOURCES, INC.; ARCH COAL, INC.,
                                            CONSOL ENERGY INC.; INTERNATIONAL
                                            COAL GROUP, INC.; MASSEY ENERGY
                                            COMPANY; THE NORTH AMERICAN COAL
                                            CORP.; OHIO VALLEY COAL CO.; PEABODY
                                            ENERGY CORPORATION; RIO TINTO
                                            ENERGY AMERICA, INC.; AND
                                            WESTMORELAND COAL COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14th, 2011, I electronically filed the foregoing with the clerk of the Court using the ECF/CM system, which automatically sent notification of such filing to all parties who have appeared in this case.

s/ Kathleen Taylor Sooy