**UNITED STATES DISCTRICT COURT
SOUTHER DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**NED COMER, et al.**                                                              **PLAINTIFFS**

**v.**                                                 **Civil No. 1:11cv220 LG-RHW**

**MURPHY OIL USA, INC., et al.**                                    **DEFENDANTS**

**DEFENDANTS TOTAL PETROCHEMICALS USA, INC. AND TOTAL
GAS & POWER NORTH AMERICA, INC.'S JOINDER IN CERTAIN SECTIONS
OF CERTAIN DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT
[DOC. 207]  AND MEMORANDUM BRIEF IN SUPPORT [DOC. 210]**

COME NOW Defendants Total Petrochemicals USA, Inc. and Total Gas & Power North America, Inc. (collectively, "Total Defendants"), through undersigned counsel, join in certain sections of *Certain Defendants' Motion to Dismiss Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* [Doc. 207] and their *Memorandum Brief in Support* of same [Doc. 210], which were filed on October 14, 2011.  Specifically, the Total Defendants join in with the following sections of the Certain Defendants' Memorandum in Support of their Motion to Dismiss [Doc. 210]:

      1.      The entire subsection I(B) entitled "Under Principles of Collateral Estoppel, the Final Judgment in *Comer I* Bars Plaintiffs' Claims in *Comer II*," beginning on page 23.

      2.      The entire section II entitled "Plaintiffs Lack Standing to Pursue Their Climate Change Claims," beginning on page 31.

      3.      The entire section III entitled "This Case Presents Non-Justiciable Political Questions," beginning on page 39.

      4.       The entire section V entitled "Plaintiffs Cannot Establish Proximate Causation," beginning on page 50.

      5.       The entire section VI entitled "The Claims In This Case Are Unavailable Under Federal Or State Law," beginning on page 57.

This the 14th day of October, 2011.

RESPECTFULLY SUBMITTED,

TOTAL PETROCHEMICALS USA, INC. and
TOTAL GAS & POWER NORTH AMERICA, INC.


  /s/ Jeffery P. Reynolds
Jeffery P. Reynolds, MSB No. 5305
Gene D. Berry, MSB No. 2459
Jeffery P. Reynolds, P.A.
P.O. Box 24597
Jackson, Mississippi 39225
(601) 355-7773 – Telephone
(601) 355-6364 – Facsimile
jeff@jprpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which provides electronic notice to all counsel of record.

This the 14th day of October, 2011.

                                                      TOTAL PETROCHEMICALS USA, INC. and
                                                      TOTAL GAS & POWER NORTH AMERICA, INC.

                                                      /s/ Jeffery P. Reynolds
                                                    Jeffery P. Reynolds, MSB No. 5305
                                                    Gene D. Berry, MSB No. 2459
                                                    Jeffery P. Reynolds, P.A.
                                                    P.O. Box 24597
                                                    Jackson, Mississippi 39225
                                                    (601) 355-7773 – Telephone
                                                    (601) 355-6364 – Facsimile
                                                    jeff@jprpa.com