IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NED COMER, et al.**                                                                                   **PLAINTIFFS**

**v.**                                                                            **Civil No.: 1:11-CV-220-LG-RHW**

**MURPHY OIL USA, INC., et al.**                                                           **DEFENDANTS**

MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
<u>PURSUANT TO RULE 12(b)(2)</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Non-Resident Defendants AEP Generating Company, AEP Texas Central Company, AEP Texas North Company, the AES Corp., Alabama Power Company, Ameren Energy Generating Company, Ameren Illinois Company (incorrectly sued as Illinois Power Company and Central Illinois Light Company), Appalachian Power Company, Carolina Power & Light Company, Columbus Southern Power Company, Dominion Energy, Inc., Edison Mission Energy, Edison Mission Energy Petroleum, Edison Mission Energy Services, Inc., Florida Power & Light Company, Florida Power Corporation, Georgia Power Company, Indiana Michigan Power Company, Kentucky Power Company, Kentucky Utilities Company, LG&E Energy, Inc., NextEra Energy, Inc., Northern States Power Company (Minnesota), Northern States Power Company (Wisconsin), Ohio Power Company, Public Service Company of Colorado, Public Service Company of Oklahoma, Southern California Edison Company, Southwestern Electric Power Company, Southwestern Public Service Company, Western Kentucky Energy Corporation, Union Electric Company, Virginia Electric and Power Company, and Xcel Energy Inc. (the "Non-Resident Defendants") respectfully move the Court to dismiss with prejudice the Amended Complaint as against them for lack of personal jurisdiction.  Plaintiffs' Amended Complaint fails to allege facts sufficient to

support the exercise of general or specific jurisdiction over the Non-Resident Defendants. Further, the exercise of personal jurisdiction over the Non-Resident Defendants would offend due process.

Dated: October 14, 2011                                                    Respectfully submitted,

| | |
|---|---|
| s/ John G. Corlew, with permission | s/ Ben H. Stone |
| John G. Corlew, MS Bar # 6526 | Ben H. Stone, MS Bar # 7934 |
| Kathy K. Smith, MS Bar # 10350 | Jonathan P. Dyal, MS Bar # 99146 |
| Corlew Munford & Smith PLLC | Michael Freeman (admitted pro hac vice) |
| P.O. Box 16807 | Ed Haden (admitted pro hac vice) |
| Jackson, MS 39236 | Balch & Bingham LLP |
| Telephone: (601) 366-1106 | 1310 Twenty Fifth Avenue |
| Fax: (601) 366-1052 | Gulfport, MS 39501 |
| jcorlew@cmslawyers.com | Telephone: (228) 684-9900 |
| ksmith@cmslawyers.com | Fax: (228) 864-8221 |
| | jdyal@balch.com |
| Thomas E. Fennell (admitted pro hac vice) | bstone@balch.com |
| Michael L. Rice (admitted pro hac vice) | mfreeman@balch.com |
| Jones Day | ehaden@balch.com |
| 2727 N. Harwood St. | |
| Dallas, TX 75201 | F. William Brownell (admitted pro hac vice) |
| Telephone: (214) 220-3939 | Norman W. Fichthorn (admitted pro hac vice) |
| Fax: (214) 696-5100 | Shawn Patrick Regan (admitted pro hac vice) |
| tefennell@jonesday.com | Allison D. Wood (admitted pro hac vice) |
| mlrice@jonesday.com | Hunton & Williams LLP |
| | 2200 Pennsylvania Ave., N.W. |
| Kevin Holewinski (admitted pro hac vice) | Washington, D.C. 20037 |
| Jones Day | Telephone: (202) 955-1500 |
| 51 Louisiana Ave., N.W. | Fax: (202) 778-2201 |
| Washington, D.C. 20001 | bbrownell@hunton.com |
| Telephone: (202) 879-3939 | nfichthorn@hunton.com |
| Fax: (202) 626-1700 | sregan@hunton.com |
| kpholewinski@jonesday.com | awood@hunton.com |
| | |
| *Counsel for Xcel Energy Inc., Public Service Company of Colorado, Northern States Power Company (Minnesota), Northern States Power Company (Wisconsin), and Southwestern Public Service Company* | *Counsel for Alabama Power Company, Georgia Power Company, Edison Mission Energy Services, Inc., Edison Mission Energy Petroleum, Southern California Edison Company, Edison Mission Energy, Kentucky Utilities Company, LG&E Energy, Inc., and Western Kentucky Energy Corp.* (signing with permission on behalf of all Moving Defendants) |

2

s/ J. Stephen Kennedy, with permission
J. Stephen Kennedy, MS Bar # 100040
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Mailing:  Post Office Box 14167
Jackson, Mississippi 39236-4167
Physical: 4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi 39211-6391
Telephone:  (601) 351-2400
Fax:  (601) 351-2424
skennedy@bakerdonelson.com

Joseph K. Reid, III (admitted pro hac vice)
Steven R. Williams (admitted pro hac vice)
R. Trent Taylor (admitted pro hac vice)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone:  (804) 775-1000
Fax:  (804) 775-1061
jreid@mcguirewoods.com
srwilliams@mcguirewoods.com
rtaylor@mcguirewoods.com

*Counsel for Virginia Electric and Power Co. and Dominion Energy, Inc.*

s/ Thomas L. Carpenter, with permission
Thomas L. Carpenter, Jr., MS Bar # 9808
Carr Allison
14231 Seaway Road
Building 2000, Suite 2001
Gulfport, MS 39503
Telephone: (228) 864-1060
Fax:  (228) 864-9160
tcarpenter@carrallison.com

Rick Richmond (to be admitted pro hac vice)
Kenneth K. Lee (to be admitted pro hac vice)
Kelly M. Morrison (to be admitted pro hac vice)
Jenner & Block LLP
633 West 5th Street, Suite 3500

s/ Ben H. Stone, with permission
Ben H. Stone, MS Bar # 7934
Jonathan P. Dyal, MS Bar # 99146
Michael Freeman (admitted pro hac vice)
Ed Haden (admitted pro hac vice)
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone:  (228) 684-9900
Fax:  (228) 864-8221
jdyal@balch.com
bstone@balch.com
mfreeman@balch.com
ehaden@balch.com

*Counsel for AEP Generating Co., Columbus Southern Power Co., Ohio Power Co., Southwestern Electric Power Co., AEP Texas Central Co., AEP Texas North Co., Appalachian Power Co., Indiana Michigan Power Co., Kentucky Power Co., Public Service Co. of Oklahoma, Carolina Power & Light Co., Florida Power Corp., NextEra Energy, Inc., and Florida Power & Light Co.*

s/ Sherrie L. Moore, with permission
Sherrie L. Moore, MS Bar # 10723
Webb Sanders & Williams
1213 31st Avenue
Gulfport, Mississippi  39502
Telephone:  (662) 844-2137
Fax:  (662) 842-3863
smoore@webbsanders.com

James P. Gaughan (admitted pro hac vice)
Schiff Hardin LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone:  (312) 258-5616
Fax:  (312) 258-5600
jgaughan@schiffhardin.com

Los Angeles, CA 90071
Telephone: (213) 239-5100
Fax: (213) 239-5199
rrichmond@jenner.com
klee@jenner.com
kmorrison@jenner.com

*Counsel for Ameren Energy Generating Company, Union Electric Company, and Ameren Illinois Company (incorrectly sued as Illinois Power Company and Central Illinois Light Company)*

*Counsel for the AES Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court via the Court's CM/ECF system, which caused a true and correct copy to be electronically served on all counsel of record.

Dated: October 14, 2011

/s/ Ben H. Stone

Ben H. Stone, MS # 7934