IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NED COMER, et al.**                                                  **PLAINTIFFS**

**v.**                                 **CAUSE NO. 1:11CV220-LG-RHW**

**MURPHY OIL USA, INC., et al.**                               **DEFENDANTS**

<u>**JUDGMENT**</u>

This matter came before the Court on the Motion [100] to Dismiss filed by Hess Corporation, the Motion [207] to Dismiss Amended Complaint filed by Certain Defendants, the Motion [208] to Dismiss filed by the Coal Company Defendants, and the Motion [217] to Dismiss filed by Total Petrochemicals USA, Inc., and Total Gas & Power North America, Inc.  The Court, after a full review and consideration of the Motions, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because this Court does not have jurisdiction over the plaintiffs' lawsuit and because the plaintiffs have failed to state a claim upon which relief can be granted, judgment is rendered in favor of the defendants, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).  This case is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2012.

                                                           s/ *Louis Guirola, Jr.*
                                                           LOUIS GUIROLA, JR.
                                                           CHIEF U.S. DISTRICT JUDGE